UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CRIMINAL NO: 3:13MJ (TPS) |
| | : | |
| WANDA SOTO | : | FEBRUARY 13, 2013 |

## GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

Pursuant to Title 18, United States Code, Sections 3142(e) and (f), the government hereby requests that the defendant be ordered detained prior to trial.

I. <u>Eligibility of Case</u>

This case is eligible for pretrial detention because it involves:

___ a crime of violence as defined in Title 18, United States Code, Section 3156;

___ an offense for which the maximum sentence is life imprisonment or death;

_X_ an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. §801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. 951 et seq.), or section 1 of the Act of September 15, 1980 (21 U.S.C. §955a);

_____ any felony committed after the defendant has been convicted of two or more of the prior two offenses or two or more State or local offenses that would have been one of the prior two offenses if a circumstance giving rise to

      Federal jurisdiction had existed;

  _xx_    a serious risk that the defendant will flee; and/or

  _     a serious risk that the defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror.

II.  <u>Reason for Detention</u>

The court should detain defendant because there are no conditions of release which will reasonably assure:

  _xx_ the defendant's appearance as required; and/or

  _XX_ the safety of any other person and the community.

III. <u>Rebuttable Presumption</u>

The Government invokes the rebuttable presumption against the defendant under Title 18, United States Code, Section 3142(e), because the indictment charges the defendant with a violation of 21 U.S.C. § 841(a)(1), an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. §801 et seq.).

IV.  Time for Detention Hearing

The Government requests that the court conduct the detention hearing:

\_\_  at the defendant's first appearance;

\_X\_  after a continuance of 3 days;

        Respectfully submitted,

        DAVID B. FEIN
        UNITED STATES ATTORNEY

        /s/

        GEOFFREY M. STONE
        ASSISTANT UNITED STATES ATTORNEY
        Federal Bar No. Ct025326
        450 Main Street, Room 328
        Hartford, CT 06103
        (860) 947-1101

## CERTIFICATION

A copy of the within and foregoing has been sent this 13th day of February, 2013 via hand-delivery to:

Counsel of Record

/s/

_____
GEOFFREY M. STONE
ASSISTANT UNITED STATES ATTORNEY