AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) |
| v. | ) |
|  | ) Case No. 3:13cr44 (MPS) |
| Wanda Soto | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: U.S. District Court<br>915 Lafayette Blvd<br>Bridgeport, CT 06604 | Courtroom No.: 2 |
| | Date and Time: 03/07/2013 2:00 pm |

This offense is briefly described as follows:

Title 21, U.S.C., Section 846- (Conspiracy to Distribute and to Possess with Intent to Distribute Cocaine Base)
Title 21, U.S.C., Section 841(a)(1) and 841(b)(1)(C) Title 18, Section 2- (Possesion with Intent to Distribute and Distribution of Cocaine base)
Title 21, U.S.C., Section 841(a)(1) and 841(b)(1)(B)(iii)- Possesion with Intent to Distribute and Distribution of Cocaine base

Date: 02/27/2013

*Issuing officer's signature*

Jazmin Perez, Deputy Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons   ☐ Returned this summons unexecuted

Date: _____

*Server's signature*

*Printed name and title*